

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00129-CR

**COOPER ALAN ROUNSAVALL,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2002-244-C**

## MEMORANDUM OPINION

Cooper Alan Rounsavall brings this appeal from an order denying his motion for copies of the trial and appellate record in connection with his 2002 conviction for aggravated assault. The Clerk of this Court advised the parties that the appeal is subject to dismissal for want of jurisdiction because it appears there has been no appealable order. *See Abbott v. State,* 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008). The Clerk also notified the parties that the appeal may be dismissed unless a response was filed showing grounds for continuing the appeal. No response has been filed.

This Court does not have jurisdiction to review an order in a criminal case unless that jurisdiction is expressly granted by the Texas Constitution or by statute. *Id.* No statute vests this Court with jurisdiction over an appeal from an order denying a motion for copies of the record. Accordingly, the appeal is dismissed for want of jurisdiction.

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed July 22, 2009
Do not publish
[CR25]